```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :

LAURA BERNHEIM,                               :

                                                :
                          Plaintiff,               :
                                                :                             23-cv-7557 (LJL)
            -v-                                   :
                                                :                                 ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION, :
MELISSA HARROW, Principal of PS 44, and       :
MICHAEL ABBEY, Principal of IS 383 – Emolior   :
Academy,                                             :
                                                :
                          Defendants.    :
                                                :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        Plaintiff's opposition to Defendants' motion to dismiss, Dkt. No. 18, is due by March 1, 2024. Defendants' reply to Plaintiff's opposition is due by March 15, 2024. Discovery is hereby stayed pending a resolution of the motion to dismiss. The parties are directed to file a proposed case management plan within two weeks of an opinion on the motion to dismiss sustaining any of Plaintiff's claims.

        SO ORDERED.

Dated: February 2, 2024
       New York, New York                              _____
                                                                        LEWIS J. LIMAN
                                                                      United States District Judge