```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LAURA BERNHEIM,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :           23-cv-7557 (LJL)
        -v-                                                      :
                                                                 :              ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                           :
MELISSA HARROW, Principal of PS 44, and                          :
MICHAEL ABBEY, Principal of IS 383 – Emolior                     :
Academy,                                                         :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

LEWIS J. LIMAN, United States District Judge:

     The Court received the attached letter from Plaintiff via mail on March 13, 2024. Plaintiff's request for an extension of her deadline to respond to Defendants' motion to dismiss, Dkt. No. 18, until April 15, 2024 is hereby GRANTED. Defendants' reply shall be due April 30, 2024.

     Plaintiff is reminded that all papers, including responses, must be submitted directly to the Pro Se Intake Unit to be filed on ECF.

     SO ORDERED.

Dated: March 14, 2024
       New York, New York

                                                    LEWIS J. LIMAN
                                              United States District Judge

February 26, 2024

Laura Bernheim
Plaintiff Pro Se
P.O. Box 1235
Milbrook, NY 12545

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY, 10007

> **RE:** **Bernheim v. New York City Department of Education et al**
> **23-cv-07557 (LJL)**
> **Request for an Extension to Respond to Defendants' Motion to Dismiss the Complaint**

Dear Judge Liman:

I am Plaintiff *pro se* in this federal employment discrimination action. I am writing to request an extension of time to respond to Defendants' motion to dismiss. My opposition is currently due on March 1, 2024. I would respectfully ask until April 15, 2024, to respond to the motion, with Defendants' response due April 30, 2024.

Defendants' counsel has consented to my request for an extension.

Thank you very much for your consideration of my request for an extension.

Respectfully submitted,

*Laura Bernheim*
Laura Bernheim

C: Rodalton J Poole
New York City Law Department Labor and Employment
100 Church Street
6th Floor, Ste 2-141
New York, NY 10007
212-356-2441
Email: ropoole@law.nyc.gov